### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DISCIPLINE OF ) <br> JENNIFER E. WATSON, ATTORNEY ) <br> REGISTRATION NUMBER 78664, A ) <br> MEMBER OF THE BAR OF THE UNITED ) <br> STATES DISTRICT COURT FOR THE ) <br> WESTERN DISTRICT OF ) <br> PENNSYLVANIA ) | Misc. No. 25-mc-1330 |

### ORDER

WHEREAS after Attorney Jennifer E. Watson ("Attorney Watson") was disbarred on consent from the bar of the Commonwealth of Pennsylvania by order of the Supreme Court of Pennsylvania dated December 2, 2025, entered in Disciplinary Proceeding Number 139 DB 2025, this Court issued an Order to Show Cause dated December 9, 2025 which afforded Attorney Watson an opportunity, in accordance with this Court's Local Rules, to show good cause, within 30 days, why an identical and reciprocal order of disbarment on consent should not be entered by this Court (ECF #1);

WHEREAS the Order to Show Cause was delivered to Attorney Watson, by Certified Mail and electronic mail, sent to the addresses that she maintains with this Court and sent by First Class Mail to the address that she maintains with the Pennsylvania Disciplinary Board; and

WHEREAS Attorney Watson filed no response to the Order to Show Cause.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Watson is reciprocally disbarred on consent from the Bar of the United States District Court for the Western District of Pennsylvania;

IT IS FURTHER ORDERED that the Clerk of Court shall suspend Attorney Watson's CM/ECF User Accounts and identify Attorney Watson as being suspended in the Court's attorney admission records;

IT IS FINALLY ORDERED that Attorney Watson must file a Petition for Reinstatement with the Clerk of Court before she can resume the practice of law before this Court. LCvR 83.3G. Because suspension of Attorney Watson's CM/ECF User Account will prevent her from filing documents electronically, Attorney Watson will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Watson via First Class Mail and electronic mail sent to the addresses that she maintains with the Clerk of Court and via First Class Mail sent to the address that she maintains with the Pennsylvania Disciplinary Board.

Date:  January 29, 2026                    */s/ Cathy Bissoon*
                                           Cathy Bissoon
                                           Chief United States District Judge